|                 |                      |
|-----------------|----------------------|
| The Honorable:  | EUGENE R. WEDOFF     |
| Chapter 7       |                      |
| Location:       | Room 744             |
| Hearing Date:   | 10/09/2013           |
| Hearing Time:   | 10:00am              |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   BUDZ, TADEUSZ   §   Case No. 10-05328
         BUDZ, GRAZYNA    §
                          §
Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/09/2013 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/05/2013      By:   /s/KAREN R. GOODMAN
                                   Trustee

Karen R. Gooddman
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000
**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 744 |
| SUITE 2800 | Hearing Date: 10/09/2013 |
| CHICAGO, IL 60601 | Hearing Time: 10:00am |
| (312) 527-4000 | Response Date: / / |

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: BUDZ, TADEUSZ § Case No. 10-05328
BUDZ, GRAZYNA §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 76.00 |
| *leaving a balance on hand of* [1] | $ 14,924.00 |
| **Balance on hand:** | $ 14,924.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,924.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 2,430.00 | 0.00 | 2,430.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,326.92 | 0.00 | 1,326.92 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.75 | 0.00 | 14.75 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 6,021.67 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,902.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,902.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,627.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22P | IRS | 1,627.01 | 0.00 | 1,627.01 |

|  | Total to be paid for priority claims: | $ | 1,627.01 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,275.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,998.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,409.16 | 0.00 | 550.06 |
| 2 | Department Stores National Bank/Macy's | 1,587.84 | 0.00 | 117.89 |
| 3 | Capital One Bank (USA), N.A. | 8,457.44 | 0.00 | 627.87 |
| 4 | Capital One Bank (USA), N.A. | 4,197.34 | 0.00 | 311.61 |
| 5 | Capital One Bank (USA), N.A. | 8,730.35 | 0.00 | 648.14 |
| 6 | Ford Motor Credit Company LLC | 1,206.16 | 0.00 | 89.54 |
| 7 | Chase Bank USA,N.A | 1,179.33 | 0.00 | 87.55 |
| 8 | Candica, LLC | 1,051.64 | 0.00 | 78.07 |
| 9 | Portfolio Recovery Associates, LLC | 6,070.65 | 0.00 | 450.68 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 10 | eCast Settlement Corporation | 3,598.01 | 0.00 | 267.18 |
| 11 | LVNV Funding LLC | 5,205.05 | 0.00 | 386.42 |
| 13 | PRA Receivables Management, LC | 8,660.43 | 0.00 | 642.94 |
| 14 | PRA Receivables Management, LLC | 5,167.96 | 0.00 | 383.67 |
| 15 | PRA Receivables Management, LLC | 2,395.71 | 0.00 | 177.86 |
| 16 | PRA Receivables Management, LLC | 594.21 | 0.00 | 44.11 |
| 17 | PRA Receivables Management, LLC | 614.79 | 0.00 | 45.64 |
| 18 | National Capital Management, LLC. | 362.31 | 0.00 | 26.90 |
| 21 | Citibank, N.A. | 5,063.96 | 0.00 | 375.94 |
| 22U | IRS | 721.43 | 0.00 | 53.56 |
| 23 | PRA Receivables Management, LLC | 4,905.88 | 0.00 | 364.21 |
| 24 | PRA Receivables Management, LLC | 3,479.54 | 0.00 | 258.32 |
| 25 | PRA Receivables Management, LLC | 2,642.02 | 0.00 | 196.14 |
| 26 | eCAST Settlement Corporation | 2,378.81 | 0.00 | 176.60 |
| 27 | eCAST Settlement Corporation | 1,144.55 | 0.00 | 84.97 |
| 28 | American Infosource Lp As Agent for | 2,320.98 | 0.00 | 172.31 |
| 29 | American Infosource Lp As Agent for | 365.59 | 0.00 | 27.14 |
| 30 | eCAST Settlement Corporation | 2,494.01 | 0.00 | 185.15 |
| 31 | Midland Funding LLC | 126.26 | 0.00 | 9.37 |
| 33 | Capital One, N.A. | 1,179.33 | 0.00 | 87.55 |
| 34 | Quantum3 Group LLC as agent for | 365.59 | 0.00 | 27.14 |
| 35 | Quantum3 Group LLC as agent for | 2,320.98 | 0.00 | 172.31 |
| 36 | Department of Treasury - Internal Revenue Service | 2,000.00 | 0.00 | 148.48 |

Total to be paid for timely general unsecured claims:    $    7,275.32
Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-05328-ERW
Tadeusz Budz                                                        Chapter 7
Grazyna Budz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 3           Date Rcvd: Sep 06, 2013
                              Form ID: pdf006          Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2013.
```
db/jdb     +Tadeusz Budz,    Grazyna Budz,    802 Houston Street,    Lemont, IL 60439-4338
15091191   +Alliant Law Group, P.C.,    2860 Zanker Road,    Suite 105,    San Jose, CA 95134-2119
15091192    Associated Urological Specialists,    P.O. Box 516,    Bedford Park, IL 60499-0516
15091193    Bass & Associates,    3936 E. Fort Lowell Road,    Suite 200,    Tucson, AZ 85712-1083
15091197    Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
15091195    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15175318    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
             Charlotte, NC  28272-1083
20213877   +++Capital One, N.A.,    c o Becket and Lee LLP,    Attorney/Agent for Creditor,    POB 3001,
             Malvern, PA 19355-0701
19291485   +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
19747111   +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
15091198    Cardmember Service,    P.O. Box 15548,    Wilmington, DE 19886-5548
15091199    Carson Pirie Scott,    P.O. Box 15521,    Wilmington, DE 19850-5521
15091200    Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15091205    Chase,    P.O. Box 15548,    Wilmington, DE 19886-5548
15091204    Chase,    P.O. Box 15548,    Wilmington, DE 19850-5548
15248945   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15091206   +Christ Medical Center,    4440 West 95th Street,    Oak Lawn, IL 60453-2600
15091209   +Citi,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
15091207    Citi,    P.O. Box 6000,    The Lakes, NV 89163-6000
15091210   +Citi,    1000 Technology Drive, MS 639,    O Fallon, MO 63368-2240
15091208    Citi,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
15091211    CitiMortgage,    1000 Technology Drive,    O Fallon, MO 63368-2240
15571495    Citibank South Dakota NA,    Exception Payment Processing,    PO Box 6305,
             The Lakes, NV 88901-6305
17620445   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15148373   +Department Stores National Bank/Macy’s,    Nco Financial Systems, Inc.,    PO Box 4275,
             Norcross, GA 30091-4275
15223172   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     Drawer 55-953,    P.O. Box 55000,
             Detriot, MI 48255-0953)
15091214   +First Personal Bank,    ASHEN/FAUKLNER,    217 N. Jefferson Street, Suite 601,
             Chicago, IL 60661-1114
15091215    Ford Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
20832537   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15091219   #HFC,    P.O. Box 8873,    Virginia Beach, VA 23450-8873
15091223    HSBC,    P.O. Box 5608,    Glendale Heights, IL 60139-5608
15091225   +HSBC,    P.O. Box 5244,    Carol Stream, IL 60197-5244
15091224    HSBC,    P.O. Box 5608,    Carol Stream, IL 60197-5608
15642644   +HSBC Bank Nevada, N.A. (Bon Ton),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
15642643   +HSBC Bank Nevada, N.A. (Menards),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
15091218    Harlem Furniture,    P.O. Box 659704,    San Antonio, TX 78265-9704
15091220   +Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368
15356847    Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
15299759    JPMorgan Chase Bank, N.A.,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
15091231    Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
15091232   +Medical Reimbursement Specialists,    15234 South Harlem Avenue,    Lower Level,
             Orland Park, IL 60462-4330
15091234    Menards/Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
15091236   #+Midwest Anesthesiologists,    185 Penny Ave,    East Dundee, IL 60118-1455
15091237    Midwest Diagnostic Pathology,    75 Remittance Dr., #3070,    Chicago, IL 60675-3070
15690786   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
             Norfolk VA 23541)
15399964   +PRA Receivables Management, LC,    As Agent Of Portfolio Recovery Assocs.,    c/o Household Finance,
             POB 41067,    NORFOLK VA 23541-1067
15628746   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
             c/o Chase Bank USA, N.A.,    POB 41067,    Norfolk VA 23541-1067
15417927   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o JC Penney,
             POB 41067,    NORFOLK VA 23541-1067
15418011   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Sams Club,
             POB 41067,    NORFOLK VA 23541-1067
15600041   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Thd,    POB 41067,
             Norfolk VA 23541-1067
15405306    PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
             c/o Sears Gold Mastercard,    POB 12914/41067,    NORFOLK VA 23541
15091242    Sears Card,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 3                   Date Rcvd: Sep 06, 2013
                               Form ID: pdf006              Total Noticed: 81


15091241      Sears Card,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
15091243      SearsCharge Plus,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
15091246      WFNNB,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
15091245      WFNNB,    P.O. Box 182125,    Columbus, OH 43218-2125
20349526     +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,     3936 E Ft. Lowell, Suite 200,
               Tucson,   AZ 85712-1083
15886793      eCast Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15486557      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 07 2013 00:15:16
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
15091222      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 07 2013 00:15:16        Honda Financial Services,
               PO Box 5308,    Elgin, IL 60121-5308
15651085      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2013 00:24:48
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Harlem Furniture,    PO Box 248872,    Oklahoma City, OK   73124-8872
15651099      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2013 00:24:48
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Express for Men (Structure),    PO Box 248872,    Oklahoma City, OK   73124-8872
15722912     +E-mail/Text: bncmail@w-legal.com Sep 07 2013 00:18:54        Candica, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
15091212      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2013 00:22:25        Discover,    P.O. Box 30943,
               Salt Lake City, UT 84130
20465807      E-mail/Text: cio.bncmail@irs.gov Sep 07 2013 00:12:30
               Department of Treasury - Internal Revenue Service,     P.O. Box 7346,
               Philadelphia, PA 19101-7346
15124336      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2013 00:22:25        Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
15091216      E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2013 00:22:58        GAP,    P.O. Box 530942,
               Atlanta, GA 30353-0942
15091217      E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2013 00:32:09        GE Money Bank / GAP,
               P.O. Box 981064,    El Paso, TX 79998-1064
15677270     +E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2013 00:37:26        GE Money Bank dba OLD NAVY,
               Care of Recovery Management Systems Corp,     25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15091226      E-mail/Text: cio.bncmail@irs.gov Sep 07 2013 00:12:31        IRS,
               Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
15091227     +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2013 00:22:56        JC Penney,    P.O. Box 981131,
               El Paso, TX 79998-1131
15091229      E-mail/Text: bnckohlsnotices@becket-lee.com Sep 07 2013 00:14:17        Khol's,    P.O. Box 3043,
               Milwaukee, WI 53201-3043
15731014      E-mail/Text: resurgentbknotifications@resurgent.com Sep 07 2013 00:13:46        LVNV Funding LLC,
               c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
19851258      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2013 00:24:48        Midland Funding LLC,
               by American InfoSource LP as agent,    PO Box 4457,    Houston, TX   77210-4457
15439398     +E-mail/Text: bknotice@ncmllc.com Sep 07 2013 00:13:39        National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
15091239      E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2013 00:32:08        Old Navy,    P.O. Box 981064,
               El Paso, TX 79998-1064
19789308      E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2013 00:24:46        Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20245662      E-mail/Text: bnc-quantum@quantum3group.com Sep 07 2013 00:18:11
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
19789309      E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2013 00:32:09
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
15091240      E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2013 00:24:11        SAM'S CLUB,    P.O. Box 981064,
               El Paso, TX 79998-1064
15266171     +E-mail/Text: bncmail@w-legal.com Sep 07 2013 00:18:53        TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15091194*     Bass & Associates,    3936 E. Fort Lowell Road,    Suite 200,   Tucson, AZ 85712-1083
15091196*     Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
19291507*    +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
15091201*     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15091202*     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15091203*     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15091221*    +Home Depot Credit Services,    P.O. Box 689100,   Des Moines, IA 50368
15091228*    +JC Penney,    P.O. Box 981131,    El Paso, TX 79998-1131
15091233*    +Medical Reimbursement Specialists,    15234 South Harlem Avenue,    Lower Level,
               Orland Park, IL 60462-4330
15091235*     Menards/Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
15091238*     Midwest Diagnostic Pathology,    75 Remittance Dr., #3070,    Chicago, IL 60675-3070
```

```
District/off: 0752-1          User: ccabrales             Page 3 of 3                   Date Rcvd: Sep 06, 2013
                              Form ID: pdf006             Total Noticed: 81
```

```
15392476     ##+CitiMortgage, Inc.,    POB 140609,    Irving, TX 75014-0609
15091213      ##Express,    P.O. Box 330066,    Denver, CO 80233-8066
15091230      ##Macy's,    P.O. Box 6938,    The Lakes, NV 88901-6938
15091244      ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
                                                                                              TOTALS: 0, * 11, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2013 at the address(es) listed below:
```
              Christine R Piesiecki    on behalf of Joint Debtor Grazyna  Budz polskadwokat@aol.com
              Christine R Piesiecki    on behalf of Debtor Tadeusz  Budz polskadwokat@aol.com
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Karen R Goodman, ESQ    kgoodman@shefskylaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com
              Karen R Goodman, ESQ    on behalf of Accountant Alan D Lasko & Associates kgoodman@shefskylaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com
              Karen R Goodman, ESQ    on behalf of Attorney    Shefsky & Froelich Attorney at Law
               kgoodman@shefskylaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@shefskylaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Ralston    on behalf of Creditor    Candica, LLC richardr@w-legal.com,
               chapter-13@w-legal.com
                                                                                             TOTAL: 9
```