KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111East Wacker Drive  
SUITE 2800  
CHICAGO, IL  60601  
(312) 527-4000  
      Chapter 7 Trustee

The Honorable:                   EUGENE R. WEDOFF  
Chapter   7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: BUDZ, TADEUSZ           §   Case No. 10-05328  
       BUDZ, GRAZYNA            §  
                                          §  
Debtor(s)                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $570,940.00           Assets Exempt: $15,600.00  
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,902.33     Claims Discharged  
                                               Without Payment: $92,403.46

Total Expenses of Administration: $6,097.67

---

     3) Total gross receipts of $    15,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $284,423.76 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,097.67 | 6,097.67 | 6,097.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,307.58 | 3,307.58 | 1,680.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 97,998.21 | 97,998.21 | 7,221.76 |
| **TOTAL DISBURSEMENTS** | $0.00 | $391,827.22 | $107,403.46 | $15,000.00 |

4) This case was originally filed under Chapter 7 on February 12, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2014        By: /s/KAREN R. GOODMAN
                  Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wisconsin real estate | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | CitiMortgage, Inc. | 4110-000 | N/A | 96,455.23 | 0.00 | 0.00 |
| 19 | American Honda Finance Corporation | 4110-000 | N/A | 23,860.28 | 0.00 | 0.00 |
| 20 | American Honda Finance Corporation | 4110-000 | N/A | 19,839.46 | 0.00 | 0.00 |
| 32 | First Personal Bank | 4110-000 | N/A | 144,268.79 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$284,423.76** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 2,430.00 | 2,430.00 | 2,430.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3410-000 | N/A | 1,326.92 | 1,326.92 | 1,326.92 |
| ALAN D. LASKO | 3420-000 | N/A | 14.75 | 14.75 | 14.75 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 22.27 | 22.27 | 22.27 |
| Rabobank, N.A. | 2600-000 | N/A | 20.09 | 20.09 | 20.09 |
| Rabobank, N.A. | 2600-000 | N/A | 23.64 | 23.64 | 23.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,097.67 | $6,097.67 | $6,097.67 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22P | IRS | 5800-000 | N/A | 1,627.01 | 1,627.01 | 0.00 |
|  | Clerk of the Bankruptcy Court | 5600-000 | N/A | 1,680.57 | 1,680.57 | 1,680.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,307.58 | $3,307.58 | $1,680.57 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,409.16 | 7,409.16 | 550.06 |
| 2 | Department Stores National Bank/Macy's | 7100-000 | N/A | 1,587.84 | 1,587.84 | 117.89 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 8,457.44 | 8,457.44 | 627.87 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 4,197.34 | 4,197.34 | 311.61 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 8,730.35 | 8,730.35 | 648.14 |
| 6 | Ford Motor Credit Company LLC | 7100-000 | N/A | 1,206.16 | 1,206.16 | 89.54 |
| 7 | Chase Bank USA,N.A | 7100-000 | N/A | 1,179.33 | 1,179.33 | 87.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Candica, LLC | 7100-000 | N/A | 1,051.64 | 1,051.64 | 78.07 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,070.65 | 6,070.65 | 450.68 |
| 10 | eCast Settlement Corporation | 7100-000 | N/A | 3,598.91 | 3,598.91 | 267.18 |
| 11 | LVNV Funding LLC | 7100-000 | N/A | 5,205.05 | 5,205.05 | 386.42 |
| 13 | PRA Receivables Management, LLC | 7100-000 | N/A | 8,660.43 | 8,660.43 | 642.94 |
| 14 | PRA Receivables Management, LLC | 7100-000 | N/A | 5,167.96 | 5,167.96 | 383.67 |
| 15 | PRA Receivables Management, LLC | 7100-000 | N/A | 2,395.71 | 2,395.71 | 177.86 |
| 16 | PRA Receivables Management, LLC | 7100-000 | N/A | 594.21 | 594.21 | 44.11 |
| 17 | PRA Receivables Management, LLC | 7100-000 | N/A | 614.79 | 614.79 | 45.64 |
| 18 | National Capital Management, LLC. | 7100-000 | N/A | 362.31 | 362.31 | 26.90 |
| 21 | Citibank, N.A. | 7100-000 | N/A | 5,063.96 | 5,063.96 | 375.94 |
| 22U | IRS | 7100-000 | N/A | 721.43 | 721.43 | 0.00 |
| 23 | PRA Receivables Management, LLC | 7100-000 | N/A | 4,905.88 | 4,905.88 | 364.21 |
| 24 | PRA Receivables Management, LLC | 7100-000 | N/A | 3,479.54 | 3,479.54 | 258.32 |
| 25 | PRA Receivables Management, LLC | 7100-000 | N/A | 2,642.02 | 2,642.02 | 196.14 |
| 26 | eCAST Settlement Corporation | 7100-000 | N/A | 2,378.81 | 2,378.81 | 176.60 |
| 27 | eCAST Settlement Corporation | 7100-000 | N/A | 1,144.55 | 1,144.55 | 84.97 |
| 28 | American Infosource Lp As Agent for | 7100-000 | N/A | 2,320.98 | 2,320.98 | 172.31 |
| 29 | American Infosource Lp As Agent for | 7100-000 | N/A | 365.59 | 365.59 | 27.14 |
| 30 | eCAST Settlement Corporation | 7100-000 | N/A | 2,494.01 | 2,494.01 | 185.15 |
| 31 | Midland Funding LLC | 7100-000 | N/A | 126.26 | 126.26 | 9.37 |
| 33 | Capital One, N.A. | 7100-000 | N/A | 1,179.33 | 1,179.33 | 87.55 |
| 34 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 365.59 | 365.59 | 27.14 |
| 35 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,320.98 | 2,320.98 | 172.31 |
| 36 | Department of Treasury - Internal Revenue Service | 7100-000 | N/A | 2,000.00 | 2,000.00 | 148.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $97,998.21 | $97,998.21 | $7,221.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-05328  
**Case Name:** BUDZ, TADEUSZ  
BUDZ, GRAZYNA  
**Period Ending:** 04/17/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 01/16/13 (c)  
**§341(a) Meeting Date:** 02/12/13  
**Claims Bar Date:** 05/29/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 802 Houston Street, Lemont,<br>Imported from original petition Doc# 10 | 259,000.00 | 0.00 | | 0.00 | FA |
| 2 | Wisconsin real estate<br>Imported from original petition Doc# 10 | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 3 | 802 Houston Street, Lemont,<br>Imported from Amended Doc#: 78 | 235,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wisconsin real estate<br>Imported from Amended Doc#: 78 | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 5 | First Personal Bank<br>Imported from Amended Doc#: 13 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. household goods and furnishings<br>Imported from Amended Doc#: 13 | 3,500.00 | 2,000.00 | | 0.00 | FA |
| 7 | bedroom set<br>Imported from Amended Doc#: 13 | 900.00 | 900.00 | | 0.00 | FA |
| 8 | Misc. clothing<br>Imported from Amended Doc#: 13 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. jewelry<br>Imported from Amended Doc#: 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | fishing boat<br>Imported from Amended Doc#: 13 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11 | 2 bicycles<br>Imported from Amended Doc#: 13 | 140.00 | 140.00 | | 0.00 | FA |
| 12 | Life insurance<br>Imported from Amended Doc#: 13 | 1,700.00 | 0.00 | | 0.00 | FA |
| 13 | Life insurance<br>Imported from Amended Doc#: 13 | 1,700.00 | 0.00 | | 0.00 | FA |
| 14 | Husband's pension plan--defined benefit plan<br>Imported from Amended Doc#: 13 | Unknown | 0.00 | | 0.00 | FA |
| 15 | 1997 Mack Truck and 1995 trailer<br>Imported from Amended Doc#: 13 | 12,000.00 | 5,600.00 | | 0.00 | FA |
| 16 | 2008 Honda CRV<br>Imported from Amended Doc#: 13 | 22,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-05328
**Case Name:** BUDZ, TADEUSZ
BUDZ, GRAZYNA
**Period Ending:** 04/17/14

**Trustee:**   (520191)   KAREN R. GOODMAN
**Filed (f) or Converted (c):** 01/16/13 (c)
**§341(a) Meeting Date:** 02/12/13
**Claims Bar Date:** 05/29/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 17  2006 Ford F-150<br>Imported from Amended Doc#: 13 | 12,000.00 | 0.00 | | 0.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$590,940.00** | **$47,640.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

File Motions to reduce secured value of claim to 0 for 1st and 2nd mortgages against Debtor's residence which was not administered in case; preparation of final tax returns by accountant ; preparation of TFR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   September 5, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-05328  
**Case Name:** BUDZ, TADEUSZ  
BUDZ, GRAZYNA  
**Taxpayer ID #:** **-***8297  
**Period Ending:** 04/17/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/13 | {2} | Grazyna Budz | Sale of Debtor's Interest in Wisconsin vacation property per Court Order dated 3/27/13~~ | 1110-000 | 15,000.00 | | 15,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.27 | 14,967.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.09 | 14,947.64 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.64 | 14,924.00 |
| 10/10/13 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 10/09/2013 | 3420-000 | | 14.75 | 14,909.25 |
| 10/10/13 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 10/09/2013 | 3410-000 | | 1,326.92 | 13,582.33 |
| 10/10/13 | 103 | Karen R. Goodman | TRUSTEE COMPENSATION PER COURT ORDER DATED 10/09/2013 | 2100-000 | | 2,250.00 | 11,332.33 |
| 10/10/13 | 104 | SHEFSKY & FROELICH LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 10/09/2013 | 3110-000 | | 2,430.00 | 8,902.33 |
| 10/10/13 | 105 | IRS | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 22P PER COURT ORDER DATED 10/09/2013<br>Voided on 02/11/14 | 5800-000 | | 1,627.01 | 7,275.32 |
| 10/10/13 | 106 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 550.06 | 6,725.26 |
| 10/10/13 | 107 | Department Stores National Bank/Macy's | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 117.89 | 6,607.37 |
| 10/10/13 | 108 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 627.87 | 5,979.50 |
| 10/10/13 | 109 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 311.61 | 5,667.89 |
| 10/10/13 | 110 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 648.14 | 5,019.75 |
| 10/10/13 | 111 | Ford Motor Credit Company LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 89.54 | 4,930.21 |
| 10/10/13 | 112 | Chase Bank USA,N.A | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 87.55 | 4,842.66 |

Subtotals : $15,000.00  $10,157.34

{} Asset reference(s)

Printed: 04/17/2014 01:24 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-05328 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | BUDZ, TADEUSZ | | Bank Name: | Rabobank, N.A. |
| | BUDZ, GRAZYNA | | Account: | ******2266 - Checking Account |
| Taxpayer ID #: | **-***8297 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/17/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/10/13 | 113 | Candica, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 78.07 | 4,764.59 |
| 10/10/13 | 114 | Portfolio Recovery Associates, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 450.68 | 4,313.91 |
| 10/10/13 | 115 | eCast Settlement Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 267.18 | 4,046.73 |
| 10/10/13 | 116 | LVNV Funding LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 386.42 | 3,660.31 |
| 10/10/13 | 117 | PRA Receivables Management, LC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 13 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 642.94 | 3,017.37 |
| 10/10/13 | 118 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 14 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 383.67 | 2,633.70 |
| 10/10/13 | 119 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 15 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 177.86 | 2,455.84 |
| 10/10/13 | 120 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 16 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 44.11 | 2,411.73 |
| 10/10/13 | 121 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 17 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 45.64 | 2,366.09 |
| 10/10/13 | 122 | National Capital Management, LLC. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 18 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 26.90 | 2,339.19 |
| 10/10/13 | 123 | Citibank, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 21 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 375.94 | 1,963.25 |
| 10/10/13 | 124 | IRS | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 22U PER COURT ORDER DATED 10/09/2013 Voided on 02/11/14 | 7100-000 | | 53.56 | 1,909.69 |
| 10/10/13 | 125 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 23 PER COURT ORDER | 7100-000 | | 364.21 | 1,545.48 |

| | | Subtotals : | | $0.00 | $3,297.18 |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-05328  
**Case Name:** BUDZ, TADEUSZ  
  BUDZ, GRAZYNA  
**Taxpayer ID #:** **-***8297  
**Period Ending:** 04/17/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/10/13 | 126 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 24 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 258.32 | 1,287.16 |
| 10/10/13 | 127 | PRA Receivables Management, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 25 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 196.14 | 1,091.02 |
| 10/10/13 | 128 | eCAST Settlement Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 26 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 176.60 | 914.42 |
| 10/10/13 | 129 | eCAST Settlement Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 27 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 84.97 | 829.45 |
| 10/10/13 | 130 | American Infosource Lp As Agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 28 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 172.31 | 657.14 |
| 10/10/13 | 131 | American Infosource Lp As Agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 29 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 27.14 | 630.00 |
| 10/10/13 | 132 | eCAST Settlement Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 30 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 185.15 | 444.85 |
| 10/10/13 | 133 | Midland Funding LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 31 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 9.37 | 435.48 |
| 10/10/13 | 134 | Capital One, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 33 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 87.55 | 347.93 |
| 10/10/13 | 135 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 34 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 27.14 | 320.79 |
| 10/10/13 | 136 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO.N 35 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 172.31 | 148.48 |
| 10/10/13 | 137 | Department of Treasury - Internal Revenue Service | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 36 PER COURT ORDER DATED 10/09/2013 | 7100-000 | | 148.48 | 0.00 |
| 02/11/14 | 105 | IRS | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 22P PER COURT ORDER DATED | 5800-000 | | -1,627.01 | 1,627.01 |

Subtotals : $0.00  $-81.53

{} Asset reference(s)

Printed: 04/17/2014 01:24 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-05328  
**Case Name:** BUDZ, TADEUSZ  
BUDZ, GRAZYNA  
**Taxpayer ID #:** **-***8297  
**Period Ending:** 04/17/14

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 10/09/2013<br>Voided: check issued on 10/10/13 | | | | |
| 02/11/14 | 124 | IRS | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 22U PER COURT ORDER DATED 10/09/2013<br>Voided: check issued on 10/10/13 | 7100-000 | | -53.56 | 1,680.57 |
| 02/11/14 | 138 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 1,680.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$15,000.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2266** | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)

Printed: 04/17/2014 01:24 PM     V.13.15